**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **MENDY HOOD and NICOLE ROTHLANDER,** | ) <br> ) <br> ) **CIVIL ACTION NO.** <br> ) **2:20-cv-00712-SRW** |
| **Plaintiffs,** | ) <br> ) |
| vs. | ) <br> ) |
| **JIMMY L. VEAZEY et al.,** | ) <br> ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jane Barrett, a Defendant in the above-captioned matter, in accordance with the order of this Court, and makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

__X___    This party is an individual, or

_____    This party is a governmental entity, or

_____    There are no entities to reported, or

_____    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

                          */s/ Daniel S. Wolter*
                          Daniel S. Wolter (ASB 8043-L55D)
                          ***Attorney for Jane Barrett***

**OF COUNSEL:**
Daniel S. Wolter (dwolter@wolterlawfirm.com)
**DANIEL WOLTER LAW FIRM, INC.**
402 Office Park Drive, Suite 100
Birmingham, AL  35223-2435
Telephone:     205-983-6440
Facsimile:      205-900-8095

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email, on October 5, 2020:

John D. Norris, Esq.
Lee. A. Rankin, Esq.
NORRIS & RANKIN, LLC
2410 Cobbs Ford Rd.
Millbrook, AL  36054
*Attorneys for Plaintiffs Mendy Hood*
*And Nicole Rothlander*

> */s/ Daniel S. Wolter*
> OF COUNSEL