**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **MENDY HOOD and** ) | |
| **NICOLE ROTHLANDER,** ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | Case NO: 2:20- CV-00712-SRW |
| ) | |
| **JIMMY L. VEAZEY, et al.** ) | |
| ) | |
| DEFENDANTS. ) | |

**REQUEST FOR ADDITIONAL TIME TO RESPOND**
**TO MOTION TO DISMISS**

Come now, the Plaintiffs, by and through their attorneys, and requests that this Honorable Court allow an additional ten (10) day to provide Affidavits in regards to the Response to the Motion to Dismiss, and as grounds therefore, states as follows:

1. The Plaintiffs are in the process of obtaining Affidavits from witnesses to prove the allegations in the Response to Defendant's Motion to Dismiss. The Affidavit/Affidavits are crucial to this Response to Motion to Dismiss and to allow ten (10) additional days to provide the same will not be prejudicial to any parties.

**WHEREFORE the premises considered,** the Plaintiffs respectfully pray that an additional ten (10) days be granted in order to provide Affidavits and any amendments to the Response to the Motion to Dismiss.

Respectfully requested on this the 23rd day of October, 2020.

/s/ *Lee R. Booth*
Attorney for Plaintiffs
Attorney Code: SHU018

*/s/John D. Norris*
Attorney for Plaintiffs
Attorney Code: NOR044

OF COUNSEL:

NORRIS & RANKIN, LLC.
P. O. Box 280
Millbrook, Alabama 36054
(334) 285-0682

CERTIFICATE OF SERVICE

I, Lee R. Booth, Attorney at Law, hereby
certify that I served a copy of the foregoing
upon the attorney for defendants, by email or
through the electronic filing system
on this the 23rd day of October, 2020.

/s/ Lee R. Booth