IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MENDY HOOD and NICOLE ROTHLANDER,<br>    Plaintiffs,<br><br>v.<br><br>JIMMY L. VEAZEY et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)   CASE NO.:   2:20-cv-00712-ECM-SRW<br>)<br>)<br>) |

**REPLY IN SUPPORT OF MOTION TO DISMISS**

**COMES NOW**, the Defendant, Jimmy L. Veazey, (hereinafter "Veazey"), by and through his undersigned attorney, J.C. Webb IV, Esq., and files his reply in support of his motion to dismiss the Complaint filed in this matter and in support shows:

1. Although the Plaintiffs respond that Nicole Rothlander is a resident of the State of Texas, complete diversity does not exist as Plaintiff, Mendy Lyn Thomas Hood, is a resident citizen of Elmore County, Alabama. *See, Complaint at Paragraph 2*.

2. Because complete diversity of citizenship does not exist, jurisdiction in accordance with *28 U.S.C. § 1332* does not exist.

3. Additionally, federal question jurisdiction under *28 U.S.C. § 1331* does not exist in this matter.

4. In their response to Mr. Veazey's motion to dismiss the Plaintiffs claim conspiracy is a federal question.

5. However, civil conspiracy alone is not a cause of action. *Concrete Co. v. Lambert*, 510 F. Supp. 2d 570, 587 (M.D. Ala. 2007)(*citing*, Allied *Supply Co., Inc. v. Brown*, 585 So. 2d 33 (Ala. 1991)).

6. Rather, civil conspiracy is dependent upon an underlying tort that supplies the cause of action. *U.S. Steel, LLC v. Tieco, Inc.*, 261 F. 3d 1275, 1294 (11th Cir. 2001).

7. Because the Plaintiffs' conspiracy claim is not an independent cause of action, it alone cannot supply the necessary basis for jurisdiction under *28 U.S.C. § 1331*.

8. And, the remainder of the Plaintiffs' claims allege various state law torts, none of which provide an underlying cause of action sufficient to satisfy jurisdiction under *28 U.S.C. § 1331*.

9. The Complaint is due to be dismissed as a matter of law because it fails to satisfy jurisdictional requirements under *28 U.S.C. § 1331 or 1332*.

**WHEREFORE,** the Defendant, Jimmy L. Veazey, prays this honorable Court will enter an order in accordance with *Fed. R. Civ. P. 12(b)(1)* dismissing the Complaint in this matter for lack of subject matter jurisdiction, or alternatively, dismissing the Complaint in this matter in accordance with *Fed. R. Civ. P. 12(b)(6)* for the Plaintiffs' failure to state a claim upon which meaningful relief may be granted.

Further, Mr. Veazey prays this honorable Court will grant him any other, further, and/or different relief it deems fair, just, and/or equitable.

**Respectfully submitted**, on this the 5th day of February 2021.

*s/ J.C. Webb IV*
J.C. Webb IV, Esq. (WEB059)
jc.webb@stonebritt.com

**OF COUNSEL:**

STONE | BRITT | WEBB
Attorneys & Counselors at Law
114 S. Main Street
Post Office Box 967
Wetumpka, Alabama 36092
Tel:   (334)517-6520
Fax:   (334)777-6834

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2021, I electronically filed the foregoing with the Clerk of the Court, using the EC/CMF system which will send notification of such filing to all registered parties and that those persons not registered with the EC/CMF system were served by U.S. mail.

**Dennis R. Bailey**
**Amanda C. Hines**
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
**184 Commerce Street**
**Montgomery, Alabama 36101**

**Lee R. Booth**
**John D. Norris**
**NORRIS & RANKIN, LLC**
**P.O. Box 280**
**Millbrook, Alabama 36054**

**Daniel S. Wolter**
**DANIEL WOLTER LAW FIRM, INC.**
**402 Office Park Drive, Suite 100**
**Mountain Brook, Alabama 35223-2435**

                                                 *s/ J.C. Webb IV*
                                                 **OF COUNSEL**